[No. 32162-5-I.     Division One.     December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN BARNETT PANKEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-1-03399-9, James A. Noe, J., entered December 24, 1992. *Affirmed* by unpublished per curiam opinion.

[No. 33274-1-I.     Division One.     December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. FELIPE MALTOS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 93-1-00341-7, Gerald L. Knight, J., entered August 13, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 33011-0-I.     Division One.     December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. SHAWN LEE DAWLEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 92-8-05778-8, William L. Downing, J., entered July 1, 1993. *Affirmed* by unpublished per curiam opinion.

[No. 31179-4-I.     Division One.     December 8, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DELIA MARIE PARKER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-04513-1, Richard M. Ishikawa, J., entered July 27, 1992. *Reversed* and *remanded* by unpublished opinion per Webster, J., concurred in by Scholfield and Grosse, JJ.